433 A.2d 126

Commonwealth v. Green, Appellant.

Submitted March 21, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.